UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OCCIDENTAL CHEMICAL CORPORATION** * | | **CIVIL ACTION** |
| * | | |
| **versus** * | | **NO.: 11-159** |
| * | | |
| **TAMINI TRANSFORMERS USA, LLC, and** * | | |
| **TAMINI TRASFORMATORI, s.r.l.** * | | **SECTION "C"** |
| * | | **MAG. DIVISION: 1** |
| * | | |

-----------------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE LORETTA G. WHITE,**
**CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**:

Because no answer or appearance has been made by the defendants in this matter, Tamini Transformers USA, LLC, and Tamini Trasformatori s.r.l., and dismissal as of right is still permitted, plaintiff Occidental Chemical Corporation, through undersigned counsel, respectfully requests that you dismiss this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: April 08, 2011

                                **Respectfully submitted,**

                                **CURRY AND FRIEND, PLC**

**BY:**    /s/Susan R. Laporte
_____
**CHRISTOFFER C. FRIEND #1888**
**MICHAEL M. NONNAN #1506**
**SUSAN R. LAPORTE #19671**
**228 St. Charles Avenue**
**1200 Whitney National Bank Building**
**New Orleans, Louisiana 70130**
**Telephone: [504] 524-8556**

**Counsel for Plaintiff, Occidental Chemical Corporation**

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties, through their counsel of record, by placing a copy of the same in the United States Mail, postage prepaid, and properly addressed on this _____ day of April, 2011.

                      ___/s/Susan R. Laporte_____
                      **SUSAN R. LAPORTE**